UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY MODICA,  :Case No. CV 141384(KAM)(VVP)

          Plaintiff(s), : NOTICE
: OF APPEARANCE

-against-

EASTERN SAVINGS BANK, FSB OZONE
PARK FUNDING ASSOCIATES H-P CAPITAL,
LLC, WACHOVIA BANK, N.A., FIRST UNION
NATIONAL BANK, SHELDON FARBER, ESQ.
EDWARD FELDMAN, ESQ., KARAMVIR
DAHIYA, ESQ., PAUL KERSON, ESQ.,
CHARLES MESTER, ESQ., KARINA
ALOMAR, ESQ., TOPAZ ENTERPRISES, INC;
JOHN DOE #1-4,
                Defendants.

SIRS:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears in the above entitled action as the attorney of record for Defendant Karina Alomar, Esq., and demands that all papers and pleadings hereinafter served be sent to the undersigned at the address stated below.

Dated: March 27, 2014
       Ridgewood, NY

_____
KARINA E. ALOMAR, ESQ.
Attorney for Defendant
KARINA ALOMAR, ESQ.
60-89 Myrtle Avenue
Ridgewood, NY 11385
Tel: (718) 456-1845
Fax: (718) 386-9299
alomar.associatespc@gmail.com